**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6927

LARRY D. MOSLEY,

                    Plaintiff – Appellant,

          v.

GENE JOHNSON, Director for the Virginia Department of
Corrections; WALRATH, Mr., Unit Manager; MS. MASSENBURG,
Grievance Coordinator; S. HATCH, Ms., Fiscal Technician
(Business Office); MS. ROLLINS, Operations Manager (Claim
# 2),

                    Defendants – Appellees,

          and

JOHN M. JABE, Deputy Director of Operations; JAMES R.
CAMACHE, Deputy Director of Community Operations; DAVID
ROBINSON, Regional Director, VDOC,

                    Defendants.


Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge. (1:09-cv-00992-LO-JFA)


Submitted:  March 15, 2012          Decided:  March 19, 2012


Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.


Affirmed by unpublished per curiam opinion.

Larry D. Mosley, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry D. Mosley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mosley v. Johnson, No. 1:09-cv-00992-LO-JFA (E.D. Va. filed May 23, 2011 and entered May 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED